### MURRAY v. MORRIS.

(Decided June 30, 1915.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. ALFRED H. BENNERS.

CHARLES J. DOUGHERTY and JOHN T. GLOVER, for appellant. WALTER C. MORRIS, for appellee.

THOMAS, J.—The chancellor properly decreed upon the facts. Affirmed.

ANDERSON, C. J., and MAYFIELD and SOMERVILLE, JJ., concur.